# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD A. KEMP, JR.** and, **GWENDOLYN HENDERSON,** | ) ) ) |
| **PlaintiffS,** | ) ) |
| vs. | ) ) **CASE NO.: 2:15-cv-00914** |
| **ANTHONY SERRA, SERRA NISSAN/OLDSMOBILE, SERRA VOLKSWAGEN, INC.,** and **SERRA AUTOMOTIVE MANAGEMENT, INC.,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated March 8, 2017 (Doc. 50), the Parties provide the following status report regarding settlement of this case:

1. The Parties mediated this case with Hon. Bernard Harwood assisting as mediator on March 1, 2017, and March 2, 2017. At the close of that mediation, the Parties reached an agreement resolving the Plaintiffs' claims against the Defendants in this case.

2. The Plaintiffs' counsel have been working to obtain signatures from their clients regarding participation in the Parties' settlement agreement. The deadline for completion of that process is June 15, 2017.

3. The Parties will file a joint motion dismissing the Plaintiffs' claims in this case against the Defendants by June 22, 2017.

Dated: June 6, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ F. Jerome Tapley* | */s/ Jeffrey L. Ingram* |
| F. Jerome Tapley (ASB-0583-A56T) | */s/ David A. Butler* |
| Hirlye R. Lutz, III (ASB-6641-E59L) | Jeffrey L. Ingram, Esq. (ASB-8270-M74J) |
| Adam W. Pittman (ASB-0146-A33P) | David A. Butler, Esq. (ASB-0350-N92B) |
| W. Ryan Myers (ASB-1040-A16P) | GALESE & INGRAM, P.C. |
| CORY WATSON, P.C. | 800 Shades Creek Parkway, Suite 300 |
| 2131 Magnolia Avenue | Birmingham, AL 35209 |
| Birmingham, Alabama 35205 | Tel:   (205) 870-0663 |
| Telephone: (205) 328-2200 | Fax:   (205) 870-0681 |
| Facsimile:  (205) 324-7896 | Email: jeff@galese-ingram.com |
| E-mail: jtapley@corywatson.com | Email: david@galese-ingram.com |
|         rlutz@corywatson.com | |
|         apittman@corywatson.com | |
|         rmyers@corywatson.com | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing instrument has been served upon counsel electronically on this the 6th day of June, 2017.

/s/ David A. Butler