# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD A. KEMP, JR. and, <br> GWENDOLYN HENDERSON, <br> <br>     Plaintiffs, <br> <br> vs. <br> <br> ANTHONY SERRA, <br> SERRA NISSAN/OLDSMOBILE, <br> SERRA VOLKSWAGEN, INC., and <br> SERRA AUTOMOTIVE <br> MANAGEMENT, INC., <br> <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    **CASE NO.: 2:15-cv-00914** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL
### (Fed. R. Civ. P. 41(a)(1)(A)(ii))

The named Plaintiffs' individual claims having been satisfied, the Parties stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with costs taxed as paid. *Barber v. BP, PLC*, No. 10-0263-WS-B, 2010 U.S. Dist. LEXIS 87373, at *3 n.1 (S.D. Ala. Aug. 16, 2010) ("[W]hile the Rule 41(a) right to voluntary dismissal is subject to limitations in the class action context pursuant to Rule 23(e), and this action was nominally styled as a class action at its inception, no class has been certified in this action to date; therefore, Rule 23(e) is inapplicable on its face.").[1]

---

[1] *See also* Fed. R. Civ. P. 23(e) advisory committee's notes, 2003 amend ("Rule 23(e)(1)(A) resolves the ambiguity in former Rule 23(e)'s reference to dismissal or compromise of 'a class action.' That language could be — and at times was — read to require court approval of settlements with putative class representatives that resolved only individual claims. The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise." (citing See Manual for Complex Litigation Third, § 30.41)).

Dated:        June 22, 2017                    Respectfully submitted,

| | |
|---|---|
| */s/ F. Jerome Tapley* | */s/ Jeffrey L. Ingram* |
| */s/ W. Ryan Myers* | */s/ David A. Butler* |
| F. Jerome Tapley (ASB-0583-A56T) | Jeffrey L. Ingram, Esq. (ASB-8270-M74J) |
| Hirlye R. Lutz, III (ASB-6641-E59L) | David A. Butler, Esq. (ASB-0350-N92B) |
| Adam W. Pittman (ASB-0146-A33P) | GALESE & INGRAM, P.C. |
| W. Ryan Myers (ASB-1040-A16P) | 800 Shades Creek Parkway, Suite 300 |
| CORY WATSON, P.C. | Birmingham, AL 35209 |
| 2131 Magnolia Avenue | Tel:    (205) 870-0663 |
| Birmingham, Alabama 35205 | Fax:   (205) 870-0681 |
| Telephone: (205) 328-2200 | Email: jeff@galese-ingram.com |
| Facsimile:  (205) 324-7896 | Email: david@galese-ingram.com |
| E-mail: jtapley@corywatson.com | |
|           rlutz@corywatson.com | |
|           apittman@corywatson.com | |
|           rmyers@corywatson.com | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing instrument has been served upon counsel electronically on this the 22nd day of June, 2017.

                                        /s/ David A. Butler