FILED
 2017 Jun-22  PM 04:38
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD A. KEMP, JR., et al.,** | } |
| Plaintiffs, | } |
| v. | } Case No.: 2:15-cv-00914-RDP |
| **ANTHONY SERRA, et al.,** | } |
| Defendants. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (Doc. # 52), filed June 22, 2017, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 22, 2017.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE